

# Fourth Court of Appeals
## San Antonio, Texas

December 5, 2019

No. 04-19-00415-CV

**IN THE MATTER OF J.A.M.**

From the 386th Judicial District Court, Bexar County, Texas
Trial Court No. 2019JUV00012
The Honorable Arcelia Trevino, Judge Presiding

# O R D E R

This is an appeal from a juvenile proceeding involving a minor. Appellant's counsel has filed a brief that identifies the minor's name in the appendix. The Texas Rules of Appellate Procedure prohibit the filing of documents that disclose a minor's name. *See* Tex. R. App. P. 9.8(c). This information must be redacted before filing. *See id.* Counsel is also notified that in an appellate brief, "The table of contents must indicate the subject matter of each issue or point, or group of issues or points." Tex. R. App. P. 38.1(b).

We **strike** appellant's brief and **order** that the brief and appendix, appropriately redacted, be refiled within 3 days of this order.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of December, 2019.

_____
Michael A. Cruz,
Clerk of Court